# EXHIBIT A



**Service of Process Transmittal**
06/18/2020
CT Log Number 537808660

| | |
|---|---|
| **TO:** | SERVICEOF PROCESS<br>CVS Health Companies<br>1 CVS DR MAIL CODE 1160<br>WOONSOCKET, RI 02895-6146 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Connecticut CVS Pharmacy, L.L.C  (Domestic State: CT) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Patricia Duarte, Pltf. vs. Corbin Avenue CVS, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/18/2020 at 10:13 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | - |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | Received for Corbin Avenue CVS, Inc. and forwarded to Connecticut CVS Pharmacy, L.L.C based upon prior mergers. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/18/2020, Expected Purge Date: 06/23/2020<br><br>Image SOP<br><br>Email Notification,  SERVICEOF PROCESS  service_of_process@cvs.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of  1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | CORBIN AVENUE CVS, INC. | Citizenship/State Inc: | Domestic/CT |
| Business ID: | 0153059 | Last Report Filed Year: | 2008 |
| Business Address: | 713 WEST MAIN ST., NEW BRITAIN, CT, 06053 | Business Type: | Stock |
| Mailing Address: | ATTN: M. LUKER/LEGAL DEPT, ONE CVS DRIVE, WOONSOCKET, RI, 02895 | Business Status: | Merged |
| Date Inc/Registration: | Feb 17, 1984 | | |
| Annual Report Due Date: | 02/15/2009 | | |
| NAICS Code: | NONE | NAICS Sub Code: | NONE |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| ZENON P. LANKOWSKY<br>PRESIDENT, DIRECTOR | ONE CVS DR., WOONSOCKET, RI, 02895 | 4 FRANCIS FARM RD., HARRISVILLE, RI, 02830 |
| THOMAS S. MOFFATT<br>SECRETARY, DIRECTOR | ONE CVS DRIVE, WOONSOCKET, RI, 02895 | 29 HOMESTEAD CIRCLE, KINGSTON, RI, 02881 |
| MELANIE K. LUKER<br>ASST.SECRETARY | ONE CVS DRIVE, WOONSOCKET, RI, 02895 | 40 POPPY DR., CRANSTON, RI, 02920 |

## Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |

**Instructions are on page 2.**

- ☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- ☐ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- ☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Square, New Britain  06051 | ( 860 ) 515 – 5180 | 07/21/2020 |

| ☒ Judicial District  G.A.<br>☐ Housing Session  ☐ Number: | At (City/Town)<br>NEW BRITAIN | Case type code (See list on page 2)<br>Major: T   Minor: 12 |
|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Brignole, Bush and Lewis LLC., 73 Wadsworth Street, Hartford  06106 | Juris number (if attorney or law firm)<br>419073 |
|---|---|
| Telephone number<br>( 860 ) 527 – 9973 | Signature of plaintiff (if self-represented) |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: DUARTE, PARTICIA<br>Address: 194 Mansfield Avenue., New Britain CT 06051 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: CORBIN AVENUE CVS, INC.<br>Address: Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford CT 06108-3408 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date<br>6/17/2020 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>David W. Bush |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date |
|---|---|---|

*For Court Use Only*
File Date
A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON
Docket Number

| | |
|---|---|
| RETURN DATE: JULY 21, 2020 | SUPERIOR COURT |
| PATRICIA DUARTE | JUDICIAL DISTRICT NEW BRITAIN |
| vs. | AT NEW BRITAIN |
| CORBIN AVENUE CVS, INC. | JUNE 17, 2020 |

## COMPLAINT

1. At all times herein mentioned, Plaintiff, Patricia Duarte is a resident of New Britain, Connecticut.

2. At all times herein mentioned, Defendant, Corbin Avenue CVS, Inc., hereinafter referred to as "CVS", is a Connecticut domestic corporation authorized to operate the CVS Pharmacy, Store #00760 located at 713 West Main Streeet in New Britain, Connecticut.

4. At all times herein, Defendant CVS, through the acts of it's agents, servants and/or employees retained control of all common areas of the CVS Pharmacy, Store #00760 for the use of the patrons and business invitees of CVS.

5.   At all times herein mentioned, Patricia Duarte was a business invitee while at the subject CVS Pharmacy.

6.   On July 25, 2018, at approximately 4:30 p.m., the Plaintiff, Patricia Duarte, was walking in the aisle toward the front of the store, when she turned the corner and was caused to trip and fall over an empty pallet located on the floor, thereby causing her to sustain the injuries and losses hereinafter set forth.

6.   The Defendant, CVS, through the acts and/or omissions of it's agents, servants and/or employees was negligent and careless in one or more of the following ways:

   a.   In that it allowed the pallet to remain on the floor at the end of an aisle when it was empty;

   b.   In that it allowed the pallet to remain on the floor at the end of an aisle when it was no longer being used;

   c.   In that it failed to clear the aisle, when it knew, or should have known that it would result in a hazardous condition;

   d.   In that it failed to keep the aisle in a reasonably safe condition for the use of

patrons and business invitees, including the Plaintiff;

e. In that it failed to remove the empty pallet so the patrons could safely enter and exit the aisles;

f. In that it failed to post any signs or warning notices advising the patrons and business invitees that the placement of the empty pallet could cause a dangerous and unsafe condition;

g. In that it knew or should have known that the pallet created a dangerous and unsafe condition, but failed to correct the defect;

h. In that it failed to adequately inspect the area where the pallet was located, when they knew or should have known it was likely to cause injury to a patron, including the Plaintiff; and

i. In that it failed to adequately train the individuals responsible for safely maintaining the store aisles and surrounding common areas.

7. As a result of the negligence and carelessness of Defendant CVS, as aforesaid, Plaintiff, Patricia Duarte to suffer serious personal injuries to various parts of her body, including, injury to her right shoulder, a full thickness supraspinatus tear and a fracture of her right greater tuberosity requiring surgery. All of said injuries has caused the Plaintiff

severe pain, mental anguish and distress of mind and some or all of the injuries or the effects thereof are, or are likely to be, permanent in nature.

8. As a further result of the negligence and carelessness of the Defendant as aforesaid, the Plaintiff was compelled to expend and will be obliged in the future to expend sums of money for medical treatment, hospitals, x-rays, medicines, apparatus, etc, all to her further loss and damage.

9. As a further result of the negligence and carelessness of the Defendant as aforesaid, the Plaintiff has suffered a loss of an enjoyment of life and life's activities and it is likely she will continue to suffer a loss of an enjoyment of life and life's activities in the future.

WHEREFORE, the Plaintiff claims,

1. Money damages;

2. Costs;

3. Such other equitable relief as the Court may deem appropriate.

THE PLAINTIFF,
PATRICIA DUARTE

BY: _____
David W. Bush, Esq.
BRIGNOLE, BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
Juris #419073

A TRUE COPY ATTEST
_____
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | |
|---|---|
| RETURN DATE: JULY 21, 2020 | SUPERIOR COURT |
| PATRICIA DUARTE | JUDICIAL DISTRICT<br>NEW BRITAIN |
| vs. | AT NEW BRITAIN |
| CORBIN AVENUE CVS, INC. | JUNE 17, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than Fifteen Thousand and no/100 ($15,000.00) Dollars, exclusive of interest and costs.

PLAINTIFF<br>
PATRICIA DUARTE<br>
<br>
By: <i>/s/ David W. Bush</i><br>
David W. Bush, Esq.<br>
BRIGNOLE, BUSH & LEWIS<br>
73 Wadsworth Street<br>
Hartford, CT 06106<br>
Tel. No.: (860) 527-9973

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

STATE OF CONNECTICUT:
: ss: EAST HARTFORD    JUNE 18, 2020
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of GARY SCAPPINI, MANAGER OF CT CORPORATION SYSTEM, 67 BURNSIDE AVE, AGENT FOR SERVICE for the within named defendant **CORBIN AVENUE CVS, INC.,** in the said town of EAST HARTFORD, County of Hartford.

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $ 7.00 |
| Endorsements | 1.60 |
| Service | 40.00 |
| Travel | .58 |
| Total | $49.18 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY